433 A.2d 110

Commonwealth v. Hawkins, Appellant.

---

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania is sitting by designation.

Submitted December 8, 1978. Joseph G. Caruso, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.